United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                        Case No. 15-05027-HWV

Scott M. Palmer                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID              Recipient Name and Address**
db                    +  Scott M. Palmer, 2310 Esbenshade Road, York, PA 17408-4142

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jun 17, 2021                              Signature:              /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |
| | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | |
| | on behalf of Creditor PennyMac Loan Services  LLC pamb@fedphe.com |
| Kevin S Frankel | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| Leah M Stump | |
| | on behalf of Debtor 1 Scott M. Palmer lstump@shepleylaw.com |
| Leah M Stump | |
| | on behalf of Attorney Leah M. Stump lstump@shepleylaw.com |

District/off: 0314-1       User: AutoDocke       Page 2 of 2

Date Rcvd: Jun 15, 2021      Form ID: fnldec      Total Noticed: 1

Mario John Hanyon

   on behalf of Creditor PennyMac Loan Services  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Rebecca Ann Solarz

   on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com

Thomas Song

   on behalf of Creditor PennyMac Loan Services  LLC tomysong0@gmail.com

United States Trustee

   ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott M. Palmer,                                 Chapter          13

        **Debtor 1**

Case No.          1:15−bk−05027−HWV

Social Security No.:

                     xxx−xx−2036

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  June 15, 2021                                 By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)